IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR347-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| OMAR CHAVEZ-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's office has forwarded to me a document sent to the Clerk's office by Omar Chavez-Garcia entitled "Petition for a Writ of Mandamus Title 28 U.S.C. § 1651." The Petition is addressed to the United States Court of Appeals for the Eighth Circuit. The Clerk's office inquires what it should do with the document. I also note that the United States Court of Appeals for the Eighth Circuit has notified the Clerk that a Petition for Writ of Mandamus has been filed with that court. (Filing 147.) Therefore,

IT IS ORDERED that the Clerk of the Court shall file the Petition and do nothing further with it. The Clerk of the Court shall not treat the Petition as a motion or other request for relief. The undersigned lacks authority to rule upon the Petition.

April 12, 2006.                   BY THE COURT:


                                  s/ *Richard G. Kopf*
                                  United States District Judge